**WASHINGTON ANNAPOLIS HOTEL COMPANY, a foreign corporation, Appellant, v. Clarence J. HILL, Appellee.**

No. 9859.

United States Court of Appeals
District of Columbia Circuit.
Argued March 14, 1949.
Decided March 28, 1949.

Mr. Richard W. Galiher, of Washington, D. C., for appellant.

Mr. Edward Bennett Williams, of Washington, D. C., with whom Mr. Howard Boyd, of Washington, D. C., was on the brief, for appellee.

Mr Nicholas J. Chase, of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON, CLARK, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.

**John G. BURROWS, appellant, v. James E. FORRESTAL, Secretary of Defense, Kenneth C. Royall, Secretary of the Army, Major General Thomas H. Green, Judge Advocate General, and Wolfgang, Prince of Hesse, and Margarethe, Landgrafen of Hesse, appellees.**

No. 9861.

United States Court of Appeals
District of Columbia Circuit.
Argued March 17, 1949.
Decided March 28, 1949.

Messrs. Samuel Gordon and Charles Forrest McKay, Jr., both of Washington, D. C., for appellant.

Mr. L. Clark Ewing, Asst. U. S. Atty., of Washington, D. C., with whom Messrs. George Morris Fay, U. S. Atty., and John D. Lane, Asst. U. S. Atty., both of Washington, D. C., were on the brief, for appellees Forrestal, Royall, and Green.

Mr. Leslie C. Garnett, of Washington, D. C., with whom Mr. Samuel F. Beach, of Washington, D. C., was on the brief, for appellees Wolfgang and Margarethe.

Before EDGERTON, CLARK and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.

**MT. TABOR METHODIST CHURCH OF THE DISTRICT OF COLUMBIA, a religious society and body corporate, etc., appellant, v. Maurice E. WEAVER, et al., appellees.**

No. 10022.

United States Court of Appeals
District of Columbia Circuit.
Argued March 17, 1949.
Decided March 28, 1949.

Mr. George C. Gertman, of Washington, D. C., for appellant.

Mr. B. Woodruff Weaver, of Washington, D.C., with whom Messrs. Dale D. Drain and Richard D. Drain, both of Washington, D. C., were on the brief, for appellees.

Before EDGERTON, CLARK and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.